1  STEVEN G. KALAR
   Federal Public Defender
2  BRANDON M. LeBLANC
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700

Counsel for Defendant Alfredo Cetzal-Kuyoc

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0525 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [P~~ROPOS~~ED] ORDER TO CONTINUE SENTENCING HEARING** |
| ALFEDO CETZAL-KUYOC, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for December 19, 2012, be continued to January 30, 2013, at 2:30 p.m.

On October 3, 2012, defendant Alfredo Cetzal-Kuyoc pleaded guilty pursuant to a plea agreement to a two-count Information charging him with the Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Following Mr. Cetzal-Kuyoc's change of plea, the Court scheduled December 19, 2012, for the sentencing hearing.

However, in order to adequately prepare for Mr. Cetzal-Kuyoc's sentencing hearing, the parties hereby jointly request that the sentencing hearing be continued to January 30, 2013, at 2:30 p.m. The United States Probation Officer assigned to this case, Charlie Mabie, has no

objection to this request.

IT IS SO STIPULATED.

DATED: November 26, 2012  /s/
JOHN HEMANN
Assistant United States Attorney

DATED: November 26, 2012  /s/
BRANDON M. LeBLANC
Assistant Federal Public Defender

**[PROPOSED] ORDER**

IT IS SO ORDERED.

11/27/12
DATED

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen